**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry Beverly GARLAND,**
**Defendant–Appellant.**

No. 08–6880.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 27, 2008.

Larry Beverly Garland, Appellant Pro Se. Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Beverly Garland appeals the district court's order denying his motion filed under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Garland,* No. 3:05–cr–00263–HEH (E.D.Va. Apr. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*